**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7772**

———————————

ROBERT LEWIS PRICE,

Petitioner - Appellant,

versus

G. L. WOODARD,

Respondent - Appellee.

———————————

**No. 97-7868**

———————————

ROBERT LEWIS PRICE,

Petitioner - Appellant,

versus

G. L. WOODARD,

Respondent - Appellee.

———————————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-97-134-5-H)

Submitted:  April 16, 1998          Decided:  April 30, 1998

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Lewis Price, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997) (No. 97-7772). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal in No. 97-7772 on the reasoning of the district court. Price v. Woodard, No. CA-97-134-5-H (E.D.N.C. Nov. 14, 1997).

Appellant also appeals the district court's denial of a certificate of appealability (No. 97-7868). Finding no substantial showing of the denial of a constitutional right, we further deny a certificate of appealability and dismiss the appeal in No. 97-7868 on the reasoning of the district court. Price v. Woodard, No. CA-97-134-5-H (E.D.N.C. Dec. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3